**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEFFREY GREEN | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| SHELTER MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, SHELTER MUTUAL INSURANCE COMPANY, (hereinafter, "Shelter"), hereby remove to this Court the matter *Jeffrey Green vs. Shelter Mutual Insurance Company,* No. 135685B, 23rd Judicial District Court, Ascension Parish, Louisiana. Defendant removes this matter on the basis of this Court's original diversity jurisdiction under 28 U.S.C. § 1332(a). Complete diversity exists, and the amount in controversy exceeds $75,000, exclusive of costs and interest. In support of removal, Defendant states as follows:

### I.   THE STATE COURT ACTION

1. On November 30, 2022, Jeffrey Green, (hereinafter "Plaintiff"), filed a petition for damages in the matter styled *Jeffrey Green vs. Shelter Mutual Insurance Company,* No. 135685B, 23rd Judicial District Court, Ascension Parish, Louisiana, (hereinafter "the State Court Action"), naming Shelter Mutual Insurance Company as defendant.

2. In accordance with 28 U.S.C. § 1446(a), and as noted in the attached index, Shelter files herein a copy of the following, which are the only pleadings in the State Court Action in its possession:

    Exhibit A:   Plaintiff's Petition for Damages and Attorney Fees, filed November 30, 2022

    Exhibit B:    Citation to Shelter Mutual Insurance Company dated December 5, 2022

3. In accordance with Local Civil Rule 7.1, which requires that in addition to the requirements of Fed. R. Civ. P. 7.1(a), (filing of a Disclosure Statement), all civil complaints and the initial responsive pleading or motion filed in lieu of responsive pleadings that a defendant files in a civil action must be accompanied by a separately filed and signed certificate of interested persons that contains a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case or else a statement that there are no such persons to identify, Defendant files a Corporate Disclosure Statement and a Certificate of Interested Persons.

## II.    ORIGINAL SUBJECT MATTER JURISDICTION

4. This court has original diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Complete diversity of citizenship exists, and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest. Complete diversity of citizenship existed at the time Plaintiff filed the State Court Action and exists at the time of this removal. Thus, the State Court Action may be removed to this court pursuant to 28 U.S.C. § 1441(a).

### A. Diversity of Citizenship

5. Complete diversity of citizenship exists between Plaintiff and Defendant as Plaintiff and Defendant are citizens of, residents of, and domiciled in different states.

### i. Citizenship of Plaintiff

6. Plaintiff, Jeffrey Green, is an individual of the age of majority residing in and domiciled in the state of Louisiana. As such, Jeffrey Green is a citizen of Louisiana.

### ii. Citizenship of Defendant

7. Defendant, Shelter Mutual Insurance Company is foreign corporation with its state of incorporation and its principal place of business in the state of Missouri. As such, Shelter Mutual Insurance Company is a citizen of Missouri.

8. Based on the foregoing, no plaintiff or defendant are citizens of the same state.

9. Therefore, complete diversity of citizenship exists between Plaintiff and Defendant in this lawsuit in accordance with 28 U.S.C § 1332(a).

### B. Amount in Controversy

10. The amount in controversy in this action exceeds $75,000.00, exclusive of costs and interest.

11. A defendant's notice of removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., v. Owens,* 135 S.Ct. 547, 554 (U.S. 2014).

12. Plaintiff's petition alleges that Shelter misrepresented the extent and nature of the damage to the plaintiff's home and underestimated the amount needed to repair the home. Plaintiff further alleges that plaintiff, at his own cost, engaged the services of his own adjuster to complete a thorough inspection of the damage resulting from a hail storm and prepare a correct estimate which showed significantly more damages than Shelter had documented.

13. Additionally, plaintiff's petition alleges that Shelter is in bad faith and is liable to the plaintiff for damages, statutory penalties, attorneys' fees, interests, costs, and up to two times the actual damages sustained.

14. Given the plaintiff's claims that Shelter is significantly under valuing the claim, plaintiff's entitlement to attorneys' fees, and plaintiff's entitlement to two times the damages

sustained, it is clear that the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests.

### III.   TIMELINESS OF REMOVAL

15. Under 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within thirty (30) days of the date the Defendant received Plaintiff's Petition for Damages.

16. Upon information and belief, Service of Process has been made on defendant, Shelter Mutual Insurance Company, on December 5, 2022.

17. Therefore, this Notice of Removal is being filed within thirty (30) days of Defendant's receipt of Plaintiff's Petition for Damages.

### IV.   Other Procedural Requirements

18. Defendant files this Notice of Removal in the United States District Court for the Middle District of Louisiana, which is the district and division within which the State Court Action is pending. *See,* 28 U.S.C. § 1441(a); 28 U.S.C. § 98(c).

19. Immediately following the filing of this Notice of Removal, written notice of the filing of this Notice of Removal will be served on Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

20. Defendant will promptly file a copy of this Notice of Removal with the Clerk of Court for the 23rd Judicial District Court, Ascension Parish, Louisiana, where the State Court Action was pending, as required by 28 U.S.C. § 1446(d).

21. By removing this action to this Court, Defendant does not waive any defenses, objections, or motions available under state or federal law.

## V.     Conclusion

For these reasons, Defendant, SHELTER MUTUAL INSURANCE COMPANY, hereby removes the State Court Action to the United States District Court for the Middle District of Louisiana, in accordance with 28 U.S.C. § 1441 and 1446. Defendant respectfully requests that this Court assume jurisdiction over this action and that all further proceedings in the State Court be stayed.

        Respectfully submitted,

        COOK, YANCEY, KING & GALLOWAY
        A Professional Law Corporation


        By: __/s/ Jordan B. Bird_____
            Gregg A. Wilkes, #20419
            Jordan B. Bird, #32344
            David L. Wilkes, #38440
333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA  71120-2260
Telephone: (318)221-6277
Facsimile: (318)227-7850
gregg.wilkes@cookyancey.com
jordan.bird@cookyancey.com
david.wilkes@cookyancey.com
ATTORNEYS FOR DEFENDANT,
SHELTER MUTUAL INSURANCE
COMPANY

**CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the United States District Court for the Middle District of Louisiana using the CM/ECF system and that a copy of the same has been served on all counsel of record, via e-mail transmittal or by placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

Shreveport, Louisiana, this 4th day of January, 2023.

/s/ Jordan B. Bird
OF COUNSEL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEFFREY GREEN | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| SHELTER MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE: |

## AFFIDAVIT OF JORDAN B. BIRD

STATE OF LOUISIANA:

PARISH OF CADDO:

BEFORE ME, the undersigned Notary Public, in and for the aforesaid state and parish personally came and appeared Jordan B. Bird, who after identifying himself to me and being duly sworn, did depose and state, based on personal knowledge, that:

1. I am an attorney at Cook, Yancey, King & Galloway. I am currently working on the matter styled *Jeffrey Green vs. Shelter Mutual Insurance Company,* No. 135685B, 23rd Judicial District Court, Ascension Parish, Louisiana.

2. Upon information, contained within the petition for damages, and belief, the Plaintiff, JEFFREY GREEN, is an individual of the age of majority residing in and domiciled in the state of Louisiana.

3. Further, Defendant, SHELTER MUTUAL INSURANCE COMPANY, an insurance company with its state of incorporation and principal place of business in the state of Missouri.

4. I declare under penalty of perjury that the foregoing is true and correct.

Further, the affiant sayeth not.

_____
Jordan B. Bird

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, on this 4th day of January, 2023.

_____
NOTARY PUBLIC

I.D. #_____



DAVID WILKES
Statewide Notary Public
Pursuant to La. R.S. 35:191(P)
Notary ID # 156630
My Commission is for Life

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEFFREY GREEN | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| SHELTER MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE: |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, on this 4th day of January, 2023, through electronic mail, sent a copy of the Notice of Filing of Notice of Removal to the following:

JEFFREY GREEN
Through his attorney of record
Mr. Jason L. Melancon
Melancon & Rimes, LLC
6700 Jefferson Hwy., Bldg 6
Baton Rouge, LA 70806

and that a notice of removal of the action entitled *Jeffrey Green vs. Shelter Mutual Insurance Company,* No. 135685B, 23rd Judicial District Court, Ascension Parish, Louisiana, to the United States District Court for the Middle District of Louisiana, has this date been filed in said court.

Shreveport, Louisiana, this 4th day of January, 2023.

/s/ *Jordan B. Bird*
OF COUNSEL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JEFFREY GREEN                                         CIVIL ACTION NO.:

VERSUS                                                JUDGE:

SHELTER MUTUAL                                        MAGISTRATE JUDGE:
INSURANCE COMPANY

## INDEX OF DOCUMENTS FILED WITH
## DEFENDANT'S NOTICE OF REMOVAL

In accordance with 28 U.S.C. §1446(a), defendant, SHELTER MUTUAL INSURANCE COMPANY, submits this Index of Documents filed with Defendant's Notice of Removal, identifying the following documents which are filed with its Notice of Removal and filed or related to *Jeffrey Green vs. Shelter Mutual Insurance Company,* No. 135685B, 23rd Judicial District Court, Ascension Parish, Louisiana.

Exhibit A:    Plaintiff's Petition for Damages, filed November 30, 2022.

Exhibit B:    Citation to Shelter Mutual Insurance Company dated December 5, 2022.

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: /s/ Jordan B. Bird
   Gregg A. Wilkes, #20419
   Jordan B. Bird, #32344
   David L. Wilkes, #38440
333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318)221-6277
Facsimile: (318)227-7850
gregg.wilkes@cookyancey.com
jordan.bird@cookyancey.com
david.wilkes@cookyancey.com
ATTORNEYS FOR DEFENDANT,
SHELTER MUTUAL INSURANCE
COMPANY

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the United States District Court for the Middle District of Louisiana using the CM/ECF system and that a copy of the same has been served on all counsel of record, via e-mail transmittal or by placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

Shreveport, Louisiana, this 4th day of January, 2023.

            /s/Jordan B. Bird
            OF COUNSEL